Arthur W. Fisher, III
Florida Bar No. 0133689
ARTHUR W. FISHER, III PA
5555 W Waters Ave., Ste 609
Tampa, Florida  33634

Phone:  (813) 885-2006
eMail:  mail@tampaiplaw.com

Attorney for Plaintiff Stratus
   Pharmaceuticals, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# DIVISION ONE

| | |
|---|---|
| STRATUS PHARMACEUTICALS, INC., a Florida corporation, | Case No. 2:13-CV-00189-PHX-NVM |
| Plaintiff, | |
| v. | |
| MVP LABORATORIES, INC., an Arizona corporation, | |
| Defendant. _____/ | |

# NOTICE OF FILING
# COPYRIGHT, TRADEMARK, OR PATENT INFORMATION

In accordance with the Supplemental Request for Copyright, Trademark, or Patent Information (Dkt 14), Plaintiff Status Pharmaceuticals, Inc. states that there has been no change to the copyright, trademark, or patent information previously submitted for this case.

        Respectfully submitted,

        /s/Arthur W. Fisher, III
        Florida Bar No. 0133689
        ARTHUR W. FISHER, III PA
        5555 W Waters Ave., Ste 609
        Tampa, Florida  33634
        Phone:  (813) 885-2006
        eMail:  mail@tampaiplaw.com

        Attorney for Plaintiff Stratus
         Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

   I hereby certify that on February 26, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel P. Quigley
dquigley@ckdqlaw.com
Lisa O'Connor
loconnor@ckdqlaw.com
2425 E Camelback Road, Ste 1100
Phoenix, Arizona 85016

Attorneys for MVP Laboratories, Inc.

        /s/Arthur W Fisher, III