*Cohen Kennedy Dowd & Quigley*
The Camelback Esplanade 1
2425 East Camelback Road • Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400  Facsimile 602•252•5339
E-mail filings@ckdqlaw.com

Daniel P. Quigley (009809) – dquigley@ckdqlaw.com
Lisa O'Connor (029111) – loconnor@ckdqlaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| STRATUS PHARMACEUTICALS, INC., a foreign corporation,<br><br>            Plaintiff,<br><br>v.<br><br>MVP LABORATORIES, INC., an Arizona corporation, and JAMES PRITCHARD, an individual,<br><br>            Defendants. | No. CV-13-00189-PHX-NVW<br><br>**NOTICE OF FILING – COPYRIGHT, PATENT OR TRADEMARK INFORMATION** |

In accordance with this Court's February 22, 2013 Minute Order and Supplemental Request for Copyright, Trademark or Patent Information, Defendants MVP Laboratories, Inc. and James Pritchard state that the Answer filed does not include additional trademarks, patents or copyrights allegedly violated.

DATED this 28th day of February, 2013.

**COHEN KENNEDY DOWD & QUIGLEY, P.C**.
The Camelback Esplanade I
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
  Attorneys for Defendants

By:     /s/ Daniel P. Quigley
         Daniel P. Quigley
         Lisa O'Connor

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2013, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Arthur W. Fisher, III
>**ARTHUR W. FISHER, III PA**
>5555 Waters Avenue, Suite 609
>Tampa, Florida 33634
>
>Attorney for Stratus Pharmaceuticals, Inc.

   /s/ Daniel P. Quigley