*Cohen Kennedy Dowd & Quigley, P.C.*
*The Camelback Esplanade I*
*2425 East Camelback Road • Suite 1100*
*Phoenix, Arizona 85016*
*Telephone 602•252•8400  Facsimile 602•252•5339*

Daniel P. Quigley (009809) Email: dquigley@ckdqlaw.com
Lisa O'Connor (029111) Email: loconnor@ckdqlaw.com
    Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stratus Pharmaceuticals, Inc., a foreign corporation<br><br>                    Plaintiff,<br><br>vs.<br><br>MVP Laboratories, Inc., an Arizona corporation, and James Pritchard, an individual,<br><br>                    Defendants. | Case No: CV-13-00189-PHX-NVW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Honorable Neil V. Wake) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stratus Pharmaceuticals, Inc. and Defendants MVP Laboratories, Inc. and James Pritchard jointly stipulate and agree that all claims asserted in this action be dismissed with prejudice, with each party to pay its own costs and fees.

A Proposed Order accompanies this Stipulation.

DATED June 24, 2013.

///
///
///
///
///

**Cohen Kennedy Dowd & Quigley, P.C.**
The Camelback Esplanade I
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
  Attorneys for Defendants

By:   */s/ Daniel P. Quigley*
        Daniel P. Quigley
        Lisa O'Connor


        */s/ Arthur W. Fisher, III*
Arthur W. Fisher, III
Florida Bar No. 0133689
Arthur W. Fisher, III PA
5555 W. Waters Ave., Ste 609
Tampa, Florida 33634
Phone:  (813) 885-2006
eMail:  mail@tampapilaw.com
   Attorney for Plaintiff Stratus
   Pharmaceuticals, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2013, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Arthur W. Fisher, III
> **ARTHUR W. FISHER, III PA**
> 5555 Waters Avenue, Suite 609
> Tampa, Florida 33634
>    Attorney for Stratus Pharmaceuticals, Inc.

             /s/ Daniel P. Quigley